NO. 07-06-0443-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 20, 2006
_____

A.R.M. (U.S.A.) , INC.,

Appellant

V.

TRACI LINCOLN and LONNIE LINCOLN,

Appellees
_____

FROM THE 99th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2005-530,432; HONORABLE WILLIAM SOWDER, PRESIDING
_____

***ORDER DISMISSING APPEAL***
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, by and through its attorney, has filed an unopposed motion to dismiss because this court no longer has jurisdiction to hear this appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice